# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Christy Deann LOPER,<br><br>　　　　　　Defendant. | Case No.: **20-MJ-4523**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about October 18, 2020, within the Southern District of California, Christy Deann LOPER, did knowingly and intentionally import 100 grams and more, to wit: approximately 459.41 grams (1.01 pounds), of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Carmen Jacobsen
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th of October 2020.

_Allison H. Goddard_
_____
HON ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On October 18, 2020, at approximately 5:10 PM, Christy Deann LOPER, ("LOPER"), a United States citizen applied for entry into the United States from Mexico through the San Ysidro Port of Entry in the pedestrian lanes.

A Customs and Border Protection Officer received two negative Customs declarations from LOPER. LOPER stated she was crossing the border to go to San Diego, California.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the groin/waistband area of LOPER.

A search of LOPER resulted in the discovery of two package concealed on her person, (one in her bra and one in her vaginal cavity) with an approximate weight of 459.41 grams (1.01 pounds). A sample of the substance contained within the package field tested positive for the characteristics of heroin.

During a post-Miranda interview, LOPER admitted that she was going to be paid $1,000 USD to smuggle the narcotics into the United States. LOPER claimed to be transporting the narcotics to San Diego, California.

LOPER was charged with violating 21 USC 952/960 and issued a Notice to Appear.

1