**RYAN T. MARDOCK**
California State Bar No. 274752
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Ryan_Mardock@fd.org

Attorneys for Defendant
CHRISTY DEANN LOPER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  21CR0351-DMS |
| Plaintiff, | Hon. Dana M. Sabraw<br>Date: September 16, 2022<br>Time: 11:00 a.m. |
| v. | |
| CHRISTY DEANN LOPER, | MOTIONS TO: |
| Defendant. | 1) COMPEL DISCOVERY;<br>2) PRESERVE EVIDENCE; AND<br>3) LEAVE TO FILE FURTHER MOTIONS. |

I.

BACKGROUND

On or about October 18, 2020, Ms. Loper attempted to enter the United States at the San Ysidro Port of Entry in the pedestrian lanes. A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to Ms. Loper's groin/waistband area. A search of Ms. Loper resulted in the discovery of two packages concealed on her person with an approximate weight of 459.41 grams of heroin. Ms. Loper was arrested and charged with violating 21 U.S.C. §§ 952, 960, and 841(a)(1). These motions follow.

//
//
//

## II.

## MOTION TO COMPEL DISCOVERY

Ms. Loper requests all discovery to which she is entitled under Federal Rule of Criminal Procedure 16, the United States Constitution, common law, or any other rule or statute. The request is not limited to items the Assistant United States Attorney is aware of, but includes all discovery that is in the custody, control, care, or knowledge of any "closely related investigative [or other] agencies." *United States v. Bryan*, 868 F.2d 1032 (9th Cir. 1989).

Ms. Loper makes the following specific requests:

1) All video and audio recordings from the San Ysidro Port of Entry relating to the questioning of Ms. Loper, and the search of her person on October 18, 2020;

2) A complete forensic download of Ms. Loper's cell phone;

3) An opportunity to review all items taken from Ms. Loper at the time of Ms. Loper's arrest;

4) Color copies of all photographs or photocopies taken of Ms. Loper and items found on her person on the day of arrest.

## III.

## MOTION TO PRESERVE EVIDENCE

Ms. Loper requests the preservation of all physical evidence in this case. This includes any evidence that may be destroyed, lost, or otherwise put out of the possession, custody, or care of the government (or its private contractors) in this case. See *United States v. Riley*, 189 F.3d 802, 806-08 (9th Cir.1999). This request includes, but is not limited to: (1) the results of any fingerprint analysis; (2) Ms. Loper's personal effects; (3) the agents' rough notes; (4) any radio broadcast or other audio, as well as any video, recording made at or near the Port of Entry, that depicts

Ms. Loper interacting with any federal agents on the day of her arrest; (5) any evidence seized from Ms. Loper or any third party (i.e., material witnesses, co-defendants) in connection with this offense; (6) any alleged contraband seized in this case, as well as the container in which it was found.

It is requested that the prosecutor be ordered to question all the agencies, private contractors, and individuals involved in the prosecution and investigation of this case to determine if such evidence exists, and if it does exist, to inform those parties to preserve any such evidence.

## IV.
## MOTION FOR LEAVE TO FILE FURTHER MOTIONS

Ms. Loper has yet to receive any discovery as of the filing of these motions, and requests leave to file further motions after she receives and reviews additional discovery.

## V.
## CONCLUSION

For the reasons stated, Ms. Loper requests this Court grant her motions.

Respectfully submitted,

Dated: September 7, 2022   *s/ Ryan T. Mardock*
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Loper
Email: Ryan_Mardock@fd.org